IN THE UNITED STATES DISTRICT COURT

FILED ENTERED LOGGED RECEIVED MAY 14 2013 AT BALTIMORE CLERK, U.S. DISTRICT COURT DISTRICT OF MARYLAND BY DEPUTY

KENNETH L. HENDERSON
Plaintiff

-VS-

Sgt. Marvin Simpkins
MTC 954 Forrest St.
Balto; Md. 21202

Kenneth L. Henderson
109-972
MRDCC
550 E. Madison St.
Balto; Md. 21202

May 13th, 2013

# SECTION 1983 CIVIL COMPLAINT

Hon. Judge: Katherine C. Blake

Comes Now Plaintiff, Kenneth L. Henderson prose, respectfully requesting this Honorable Court to accept this letter as the Start of a Section 1983 Civil Complaint against the above-named Defendant Sgt. Marvin Simpkins who is employed at the Maryland Transitional Center, 954 Forrest St, Baltimore, Maryland 21202 for the following reasons:

1. I am untrained in the Science and Workings of the Law.

2. There is no Law Library here at MTC to obtain the proper forms

3. I am Indigent.

Complaint (2) (Cont.)

5-13-13

STATEMENT OF FACTS

On April 26, 2013 at approxmately 8:47 a.m. I was Attacked by Sgt. Marvin Simpkins while he had already Handcuffed me behind my Back.

We were in a Condemned Building at MTC where Bricks and Abestoes were falling from the Ceiling, Walls and Pipes.

He violated the Division of Corrections Rules of Procedure by Grabbing my Windpipe and Choking all of the Oxygen from my Body until I saw Blackness.

I was taking to the Medical Department where Pictures were taken of the Injuries to my Neck and a Medical Report was written by the Head Nurse.

An Infration was unlawfully wrote against me and I requested as Evidence the Medical Pictures and Report but it was Denied at my Adjustment Hearing on May 10th, 2013 by Hearing Officer: Thomas Williams in direct violation of my rights to Due Process.





Complaint (3) (Cont)

5-13-13

# RELIEF REQUESTED

1. That In forma Pauperis Status be Granted.
2. That this Letter of Complaint be considered the Start of a Section 1983 Civil Suite.
3. That the Clerk of this Honorble Court be Ordered to send me the proper forms and rules and regulations because there is No Law-Library here and I am untrained in the law.

# AFFIDAVIT

I Do Hereby Declare And Affirm Under The Penalties Of Perjury That The Contents Of This Letter Of Complaint Are True And Correct to the Best of My Knowledge, Wisdom, And Belief.

P.S.

Thank you For Your Kind Consideration In This Very Important Matter

"HAPPY MOTHER'S DAY"

Prince of The Paragon-7

Respectfully submitted

Kenneth Lee Henderson
409-972
MRDCC 5B 11
954 Forrest St.
Balto, Md. 21202